June 17, 2005

Ms. Mary Mathis
P.O. Box 380684
Duncanville, TX 75138-0684

Ms. Rhonda F. Hunter
1825 Market Center Blvd., Suite 430
Dallas, TX 75207-3331

RE: Case Number: 04-0516
 Court of Appeals Number: 05-03-00353-CV
 Trial Court Number: 01-23305-V

Style: MARY MATHIS
 v.
 JOSEPH F. LOCKWOOD AND RHONDA HUNTER

Dear Counsel:

 Today, the Supreme Court of Texas granted the petition for review
without hearing oral
argument and delivered the enclosed opinion and judgment in the above-
referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk
Enclosures (2)

|cc:|Mr. Jim |
| |Hamlin |
| |Ms. Lisa Matz|